Keith Couture
Couture & Soileau, LLC
P.O. Box 2381
Mandeville, LA 70470
985-674-4428
985-674-4462
kcouture@couturelaw.net
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates to:<br><br>Earl Chittenden, husband of/and on behalf of Dorothy J. Chittenden, Earl Ernest Chittenden, Jr., Barbara Jean Chittenden, Cheryl Lynn Hood, Brenda Chittenden, Christopher Wayne Chittenden vs. Pfizer, Inc.,<br><br>(Case No. **06-3678 CRB**) | **STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFFS WITH PREJUDICE** |

Come now all remaining Plaintiffs in this action, including <u>but not limited to  Earl Chittenden, Sr., husband of/and on behalf of Dorothy J. Chittenden, Earl Ernest Chittenden, Jr., Barbara Jean Chittenden, Cheryl Lynn Hood, Brenda Chittenden, Sue Williams, Christopher Wayne Chittenden      </u>, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice, with each side bearing its own attorneys' fees and costs.

DATED: October 27, 2009                             By: _____
                                                                     Keith Couture
                                                                     Couture & Soileau, LLC
                                                                     P.O. Box 2381
                                                                     Mandeville, LA 70470
                                                                     985-674-4428
                                                                     985-674-4462
                                                                     kcouture@couturelaw.net
                                                                     *Attorneys for Plaintiffs*

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**Case No. MDL NO. 1699**

1
2  DATED: March 11, 2010          By: _____
3                                 DLA PIPER LLP (US)
                                  1251 Avenue of the Americas
4                                 New York, New York 10020
                                  Telephone: (212) 335-4500
5                                 Facsimile: (212) 335-4501
6                                 *Defendants' Liaison Counsel*
7
8
9
10
11
12
13  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
14  **IT IS SO ORDERED.**
15
16  DATED: April 5, 2010           _____
17                                 Hon. Charles R. Breyer
                                   United States District Court
18
19
20
21
22
23
24
25
26
27
28